AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Of America )
v. )
Yeasin AHMED ) Case No. M-16-1929-M
)
) (Related: M-16-1930-M)
_____ )
Defendant

*United States District Court*
*Southern District of Texas*
**FILED**
OCT 1 8 2016
David J. Bradley, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/06/2016  in the county of  Hidalgo  in the  Southern  District of Texas, the defendant violated  18  U. S. C. §  1001 , an offense described as follows:

Whoever in any any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation shall be fined or imprisoned not more than 5 years.

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☒ Continued on the attached sheet.

*approved by* (signature)

Sworn to before me and signed in my presence.

Date: 10/18/2016  2:37 pm

City and state:  McAllen, Texas

*Complainant's signature*

FBI Special Agent David J. Sekera
*Printed name and title*

*Judge's signature*

United States Magistrate Judge Peter E. Ormsby
*Printed name and title*

AO 91 (Rev. 02/09) Criminal Complaint

# ATTACHMENT A

On or about September 6, 2016, Yeasin AHMED (AHMED) unlawfully entered into the United States from Mexico and was subsequently arrested by agents of the United States Border Patrol (USBP). AHMED admitted to the USBP agents to being a citizen of Bangladesh who did not possess the necessary legal documents to enter, pass through, or remain in the United States. AHMED also admitted to illegally crossing the international boundary of the United States without prior inspection by a United States Immigration Officer, and also provided a sworn statement detailing his illegal travel from Bangladesh to the United States (U.S.).

On September 6, 2016, AHMED was interviewed by a the FBI regarding his travel to the United States from Bangladesh in order to gather intelligence the FBI uses to combat illegal smuggling and international terrorism. AHMED provided detailed information regarding his travel route to the U.S. to include individuals he encountered during his journey. AHMED made no mention during the interview of having traveled to Trinidad and Tobago.

The FBI determined through its investigation that statements made by AHMED during his initial interview were materially false, fictitious, or fraudulent.

On September 15, 2016, AHMED was re-interviewed by the FBI. AHMED admitted he lied to the FBI about his travel route during his initial interview by omitting the fact he traveled to Trinidad and Tobago. AHMED also admitted he was arrested by the police while in Trinidad and Tobago, and that when he was released, the authorities in that country wanted to send him back to Bangladesh. When asked why he had concealed the fact that he had been in Trinidad and Tobago during his first interview, AHMED replied that his smuggler told him to provide as little information as possible if/when he was interviewed.

_____
FBI Special Agent David J. Sekera

Sworn to before me and subscribed in my presence,

_____   10/18/2016
United States Magistrate Judge Peter E. Ormsby